FILED

**NOT FOR PUBLICATION**

MAR 23 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHERYL BRIGITTE ZAMBARRANO-RUTLEDGE, | No. 13-71280<br>13-72327 |
| Petitioner, | Agency No. A029-084-602 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 15, 2016 [**]

Before:     GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

Cheryl Brigitte Zambarrano-Rutledge, a native and citizen of the

Philippines, seeks review of the Board of Immigration Appeals' ("BIA") order

denying her motion to reopen (petition No. 13-71280), and of the BIA order

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

denying her motion to reconsider (petition No. 13-72327). We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to reopen or to reconsider. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005). We deny the petitions for review.

The BIA did not abuse its discretion in denying Zambarrano-Rutledge's motion to reopen as untimely because the motion was filed over four years after the BIA's final decision, *see* 8 C.F.R. § 1003.2(c)(2), and the BIA reasonably determined she failed to establish changed circumstances in the Philippines to qualify for an exception to the time limitations for a motion to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *see also Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010).

Zambarrano-Rutledge does not challenge the BIA's denial of her motion to reconsider. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996).

**PETITIONS FOR REVIEW DENIED.**